**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03137-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

LEO ALVAREZ, and
NORMAN MATTHEWS,

    Plaintiffs,

v.

BLAKE R. DAVIS, Warden,
RUSS KRIST, Captain, and
PATRICIA RANGEL, Unit Manager,

    Defendants.

---

**ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCIES**

---

Plaintiffs have submitted a document titled "Notice to Clerk for Mandamus."  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order.  Plaintiffs will be directed to cure the following if they wishes to pursue their claims.  Any papers that the Plaintiffs file in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   X   is not submitted: <u>each Plaintiff must submit an individual § 1915 motion.</u>
(2)   ___   is missing affidavit
(3)   X   is missing certified copy of *each* prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   ___   is missing an original signature by the prisoner
(7)   ___   is not on proper form (must use the court's current form)
(8)   ___   names in caption do not match names in caption of complaint, petition or

       habeas application
(9)   X   other: Motion is necessary only if $350.00 filing fee is not paid in advance.
**Complaint, Petition or Application**:
(10)  X   is not submitted
(11)      is not on proper form (must use the court's current form)
(12)      is missing an original signature by the prisoner
(13)      is missing page nos. __
(14)      uses et al. instead of listing all parties in caption
(15)      names in caption do not match names in text
(16)      addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17)  X   other: each Plaintiff must sign complaint.

Accordingly, it is

    ORDERED that the Plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiffs file in response to this order must include the civil action number on this order. It is

    FURTHER ORDERED that the Plaintiffs shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint forms (with the assistance of their case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

    FURTHER ORDERED that, if the Plaintiffs fail to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

    DATED December 9, 2011, at Denver, Colorado.

                               BY THE COURT:

                               s/ Boyd N. Boland
                               United States Magistrate Judge